**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ELLIOT M. MEGDAL and ALANA K. MEGDAL, as trustees of the Megdal Family Trust dated July 2, 1996, | ) | |
| Plaintiffs, | ) | Case No. 16-cv-0404 |
| v. | ) | Hon. Joan B. Gottschall<br>Mag. Sheila M. Finnegan |
| PETSMART, INC., a Delaware corporation, and THE TILE SHOP, LLC, a Delaware limited liability company, | ) | |
| Defendants. | ) | |
| PETSMART, INC., a Delaware corporation, Defendant, Third-Party Plaintiff, | ) | |
| v. | ) | |
| THE TILE SHOP, LLC, a Delaware LLC, Defendant, Third-Party Defendant. | ) | |

**STIPULATED ORDER OF DISMISSAL**

This matter coming before the Court by agreement of the parties identified herein, the Court being advised in the premises that all matters in controversy between Plaintiffs, Elliot M. Megdal and Alana K. Megdal, as trustees of the Megdal Family Trust dated July 2, 1996 and Defendant/Third-Party Plaintiff PetSmart, Inc. and Defendant/Third-Party Defendant The Tile Shop, LLC have been fully settled and compromised pursuant to the settlement agreement entered on September 18, 2017, between Plaintiff and Defendants (the "Settlement Agreement"), and the Court otherwise being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

This cause is dismissed with prejudice pursuant to settlement and compromise.

ENTERED:

Date: October 19, 2017

AGREED TO BY:

/s/ Barry I. Mortge

Barry I. Mortge, Of Counsel
Becker Gurian
513 Central Ave. Suite 400
Highland Park, IL 60035

Elizabeth Sharp
The Law Offices of Elizabeth D. Sharp, P.C.
200 S. Wacker Drive, Suite 2300
Chicago, IL 60606

*Attorneys for Plaintiff Elliot M. Megdal and Alana K. Megdal, as trustees of the Trust dated Megdal Family July 2, 1996*

/s/ Jonna McGinley Reilly

P. Stephen Fardy
Jonna McGinley Reilly
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611

*Attorneys for Defendant/Third-Party Plaintiff PetSmart, Inc.*

/s/ John F. Grady

John F. Grady
Grady Bell LLP
53 West Jackson Blvd.
Suite 1250
Chicago, IL 60604

*Attorneys for Defendant/Third-Party Defendant The Tile Shop, LLC*